# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAWK,<br><br>    Petitioner,<br><br>  v.<br><br>DAVID DAVEY, et al.,<br><br>    Respondents. | Case No. 1:16-cv-00795-LJO-EPG-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (ECF No. 6) AND GRANTING PETITIONER'S MOTION TO STAY PETITION (ECF No. 2) |

Petitioner is a state prisoner, represented by counsel, proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 28, 2016, the Magistrate Judge issued Findings and Recommendation that recommended granting Petitioner's motion to stay the petition pursuant to Rhines v. Weber, 544 U.S. 269 (2005). (ECF No. 6).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on June 28, 2016 (ECF No. 6) is ADOPTED IN FULL;

2. Petitioner's motion for a stay under Rhines is GRANTED;

1

3. The proceedings are STAYED pending exhaustion of state remedies;

4. Petitioner is DIRECTED to file a status report within thirty (30) days of the date of service of this order, and then every ninety (90) days thereafter. Within thirty (30) days following the final order of the state courts, Petitioner shall notify the Court that the unexhausted claim has been exhausted and to request that the stay be lifted and the case proceed.

Petitioner is forewarned that failure to comply with this order will result in the Court vacating the stay.

IT IS SO ORDERED.

Dated: **July 28, 2016**            **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE