# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID HAWK,

       Petitioner,

    v.

DAVID DAVEY, et al.,

       Respondents.

Case No. 1:16-cv-00795-LJO-EPG-HC

ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE VACATED

Petitioner is a state prisoner, represented by counsel, proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 28, 2016, the Court stayed the federal habeas proceedings pending exhaustion of state remedies and ordered Petitioner to file a status report within thirty days of the date of service of the order. (ECF No. 7). Over thirty days have passed and Petitioner has failed to file a status report.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." The Court previously notified Petitioner that failure to comply with the Court's order would result in the Court vacating the stay. (ECF No. 7 at 2).

///

///

1

1    Accordingly, it is HEREBY ORDERED that within FOURTEEN (14) days of the date of

2  service of this order, Petitioner shall show cause why the stay should not be vacated for failure to

3  obey the Court's order.

4

5  IT IS SO ORDERED.

6    Dated:    **September 20, 2016**                    /s/ *Erica P. Grosjean*

7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28