# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAWK,<br><br>        Petitioner,<br><br>    v.<br><br>DAVID DAVEY, et al.,<br><br>        Respondents. | Case No. 1:16-cv-00795-LJO-EPG-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 8) |

On July 28, 2016, the Court stayed the instant proceedings and ordered Petitioner to file a status report within thirty days. (ECF No. 7). Petitioner failed to comply with the Court's order within the allotted time period. Therefore, on September 20, 2016, the Court issued an order to show cause why the stay should not be vacated for failing to obey a court order. (ECF No. 8). On September 22, 2016, Petitioner filed a status report. (ECF No. 9).

In light of Petitioner's belated compliance with the Court's order, IT IS HEREBY ORDERED that the order to show cause issued on September 20, 2016, is DISCHARGED.

IT IS SO ORDERED.

Dated:   **September 23, 2016**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

1