# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAWK,<br><br>　　Petitioner,<br><br>　v.<br><br>DAVID DAVEY, et al.,<br><br>　　Respondents. | Case No. 1:16-cv-00795-LJO-EPG-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 17) |

On July 28, 2016, the Court stayed the instant proceedings and ordered Petitioner to file a status report within thirty days and every ninety days thereafter. (ECF No. 7). On February 20, 2018, Petitioner filed a status report, but failed to file a subsequent status report within the allotted time period. Therefore, on May 30, 2018, the Court issued an order to show cause why the stay should not be vacated for failing to obey a court order. (ECF No. 17). On June 7, 2018, Petitioner filed a status report. (ECF No. 18).

In light of Petitioner's compliance with the Court's order, IT IS HEREBY ORDERED that the order to show cause issued on May 30, 2018, is DISCHARGED.

IT IS SO ORDERED.

Dated: **June 11, 2018**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE