# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAWK, | Case No. 1:16-cv-00795-JLT-EPG-HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION TO VACATE BRIEFING SCHEDULE |
| v. | |
| DAVID DAVEY, et al, | (ECF No. 47) |
| Respondents. | |

Petitioner David Hawk, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 28, 2016, the Court stayed the federal habeas proceedings pending exhaustion of state remedies pursuant to <u>Rhines v. Weber</u>, 544 U.S. 269 (2005). (ECF No. 7). On September 24, 2021, Petitioner notified this Court that the California Supreme Court had denied Petitioner's state habeas petition. (ECF No. 37). On September 27, 2021, the Court lifted the stay and ordered Respondent to file a response to the petition. (ECF No. 39).

On January 20, 2022, Respondent filed the instant motion to vacate the briefing schedule to give Petitioner the opportunity to amend his petition given that he has exhausted his claims in state court and the current petition contains outdated facts. (ECF No. 47).

Accordingly, the Court HEREBY ORDERS:

1. Respondent's motion to vacate the briefing schedule (ECF No. 47) is GRANTED; and

2. Within **SIXTY (60) days** of the date of service of this order, Petitioner SHALL FILE a first amended petition or a statement of intent to proceed with the current petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: __January 24, 2022__                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE

2