# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAWK,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID DAVEY, et al,<br><br>    Respondents. | Case No. 1:16-cv-00795-JLT-EPG-HC<br><br>ORDER DIRECTING COUNSEL FOR PETITIONER TO FILE NEW MOTION TO WITHDRAW AS COUNSEL OR STATUS REPORT |

Petitioner David Hawk is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 28, 2016, the Court stayed the federal habeas proceedings pending exhaustion of state remedies pursuant to Rhines v. Weber, 544 U.S. 269 (2005). (ECF No. 7). On September 27, 2021, the Court lifted the stay and ordered Respondent to file a response to the petition. (ECF No. 39). On January 24, 2022, the Court granted Petitioner the opportunity to amend his petition. (ECF No. 48). On March 3, 2022, counsel for Petitioner filed a motion to withdraw as counsel of record, petition for appointment of new counsel, and motion to vacate current briefing schedule. (ECF No. 49). On March 7, 2022, the Court denied the motion to withdraw as counsel without prejudice for failure to comply with Local Rule 182(d), denied the petition for appointment of new counsel without prejudice, and granted the motion to vacate the briefing schedule. (ECF No. 50). To date, counsel has not renewed his motion to withdraw as counsel of record.

The Court HEREBY DIRECTS that within **SEVEN (7) days** of the date of service of this order, counsel for Petitioner either: (1) file a new motion to withdraw as counsel of record that complies with the local rules, or (2) file a status report regarding whether counsel will proceed with this case.

IT IS SO ORDERED.

Dated:   **April 4, 2022**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE