# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAWK, | Case No. 1:16-cv-00795-JLT-EPG-HC |
| Petitioner, | |
| v. | ORDER SETTING STATUS CONFERENCE |
| DAVID DAVEY, et al, | |
| Respondents. | |

Petitioner David Hawk is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 28, 2016, the Court stayed the federal habeas proceedings pending exhaustion of state remedies pursuant to Rhines v. Weber, 544 U.S. 269 (2005). (ECF No. 7.) On September 27, 2021, the Court lifted the stay and ordered Respondent to file a response to the petition. (ECF No. 39.) On January 24, 2022, the Court vacated the briefing schedule to give Petitioner the opportunity to amend his petition given that he has exhausted his claims in state court and the current petition contains outdated facts. (ECF No. 48.)

On March 3, 2022, counsel for Petitioner filed a motion to withdraw as counsel of record. (ECF No. 49). The Court denied the motion without prejudice for failure to comply with Local Rule 182(d). (ECF No. 50.) On April 6, 2022, counsel for Petitioner filed a new motion to withdraw as counsel of record. (ECF No. 52.) On May 16, 2022, the Court granted the motion to withdraw. (ECF No. 53.) The Court denied without prejudice the request to appoint new counsel

1  to represent Petitioner in this matter because it was not certain that Petitioner is financially
2  eligible for appointment of counsel and there was nothing in the motion demonstrating that
3  Petitioner is unable to articulate his claims *pro se* or that Petitioner's case involves issues more
4  complex than a typical habeas petition such that appointment of counsel is warranted. (ECF No.
5  53 at 2–3.) Additionally, Petitioner was directed to file a first amended complaint within sixty
6  days of the date of service of the order. (Id. at 3.)

7  To date, Petitioner has not filed a first amended petition. Given the circumstances of this
8  case, the Court believes it is prudent to set a status conference. The parties have leave to appear
9  telephonically at the status conference.

10  Accordingly, the Court HEREBY ORDERS that:

11  1. A status conference is set for October 13, 2022, at 10:30 a.m. before the undersigned. The
12     parties should be available for thirty minutes.
13  2. To join the conference, each party is directed to call the toll-free telephone number **(888)**
14     **251-2909** and use **Passcode 1024453**.
15  3. Petitioner shall make arrangements with staff at his institution of confinement for his
16     attendance at the status conference. Petitioner's institution of confinement shall make
17     Petitioner available for the conference at the date and time indicated above. Prior to the
18     conference, counsel for Respondent shall confirm with Petitioner's institution of
19     confinement that arrangements have been made for Petitioner's attendance.
20  4. The Clerk of Court shall mail or email a copy of this order to the litigation coordinator at
21     Petitioner's institution of confinement.

IT IS SO ORDERED.

Dated:  **September 9, 2022**         /s/ *Erica P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE